FILED

August 26, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
)                                          Case No. CR.S-11-0353-MCE
Plaintiff,  )
v.  )
)                                          ORDER FOR RELEASE OF
SEAN MCCLENDON,  )                      PERSON IN CUSTODY
Defendant.  )
)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SEAN MCCLENDON, Case No. CR.S-11-

0353-MCE  from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

___Release on Personal Recognizance

 _X_    Bail Posted in the Sum of:$50,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    ___    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    ___    (Other)   .

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  _Sacramento, CA_  on  _08-26-11_  at  3: 25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge