| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | JEAN M. HOBLER |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00353-MCE |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER** |
| v. | |
| ANTHONY WILLIAMS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Jean M. Hobler, Assistant U.S. Attorney, representing plaintiff United States of America and Scott Cameron, Esq., representing defendant Anthony Williams, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order.

The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver license numbers, dates of birth, addresses, telephone numbers, and email addresses. This Protective Order extends to all documents provided in this case, including those concerning conduct not directly charged in the indictment or superseding indictment.

///

///

1

By signing this Stipulation and Protective Order, defense counsel agree not to share any documents that contain Protected Information with anyone other than defense counsel and their designated defense investigators and support staff. Defense counsel may permit the defendants to view the documents in the presence of their attorney, defense investigators and support staff, so long as defense counsel, defense investigators and support staff do not allow the defendants to copy Protected Information contained in the discovery, and defense counsel, defense investigators, and support staff do not allow the defendants to retain unredacted copies of these records. In the event that the defendants substitute counsel, undersigned defense counsel agree to withhold documents containing Protected Information from new counsel unless and until substituted counsel agree also to be bound by this order.

IT IS SO STIPULATED.

Dated: November __, 2011         Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                  By:    /s/ Jean M. Hobler
                                          JEAN M. HOBLER
                                          Assistant U.S. Attorney

                                  By:    /s/ Scott Cameron by JM Hobler
                                          SCOTT CAMERON
                                          Counsel for ANTHONY WILLIAMS

## **ORDER**

For good cause shown, the stipulation of counsel in criminal case no. 2:11-cr-00353-MCE concerning Protected Information is approved, and IT IS SO ORDERED.

Dated: November 15, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE