UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00353-TLN |
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| SEAN McCLENDON, ANTHONY SALCEDO, and ANTHONY WILLIAMS, | |
| Defendants. | |

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1. The undersigned recuses himself as the judge to whom this case is assigned;

2. All currently scheduled dates in the above-captioned action are VACATED;

3. The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of criminal cases to compensate for such

1

```
 1  reassignment;
 2      4.  That this case is reassigned to the Honorable Lawrence
 3  K. Karlton.  Henceforth the caption on all documents filed in the
 4  reassigned case shall be 2:11-cr-00353-LKK.
 5      IT IS SO ORDERED.
 6  Dated: April 29, 2013
```

　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　United States District Judge