SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
ANTHONY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>SEAN McCLENDON, et. al.,<br><br>                 Defendants, | CASE NO. 11-cr-00353 MCE<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING OF DEFENDANTS McCLENDON AND WILLIAMS** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, JEAN M. HOBLER, defendant SEAN McCLENDON, by and through his counsel of record, DONALD H. HELLER, and ANTHONY WILLIAMS, by and through his counsel of record, SCOTT N. CAMERON, hereby stipulate as follows:

1. By previous order, this Court set the date for judgment and sentencing of defendants SEAN McCLENDON and ANTHONY WILLIAMS for June 27, 2013 (ECF Docket No. 78).

2. Due to the assignment of this case to the Honorable Judge Nunley, the subsequent

1

recusal by Judge Nunley, the subsequent assignment of the case to the Honorable Judge Karlton, and the reassignment of this case back to the Honorable Judge England, the sentencing date previously scheduled was vacated (ECF Docket No. 87). As such, there is no pending date for the sentencing of defendants SEAN McCLENDON and ANTHONY WILLIAMS.

3. By this stipulation, the parties now move this Court for an order setting the date for judgment and sentencing of defendants McCLENDON and WILLIAMS for March 20, 2014.

4. Both defendants McCLENDON and WILLIAMS are continuing to cooperate with the government and their sentencing should not occur until the pending trial against the remaining defendant has concluded.

5. The trial of the remaining defendant is presently set to commence on May 3, 2014.

6. It is further stipulated that, as to defendants McCLENDON and WILLIAMS, the matter will not be referred to the U.S. Probation Department for a Presentence Investigation Report until it has been determined by the parties that the sentencing will occur on March 20, 2014, and in that event, the parties shall submit a stipulation and proposed order, on or before January 30, 2014, referring the defendants to the U.S. Probation Department.

**(THIS SECTION INTENTIONALLY LEFT BLANK)**

7. In the event that the remaining defendant resolves his case before his currently scheduled trial date, the parties to this stipulation intend to request that the sentencing date be advanced accordingly.

The parties have authorized the defense counsel for Anthony Williams to sign this stipulation on their behalf.

IT IS SO STIPULATED.

DATED: June 4, 2013   BENJAMIN WAGNER
United States Attorney

by   /s/ Jean M. Hobler
JEAN M. HOBLER
Assistant U.S. Attorney

DATED: June 4, 2013

by   /s/ Donald H. Heller
DONALD H. HELLER
Counsel for SEAN McCLENDON

DATED: June 4, 2013

by   /s/ Scott N. Cameron
SCOTT N. CAMERON
Counsel for ANTHONY WILLIAMS

**O R D E R**

IT IS SO FOUND AND ORDERED. The date for judgment and sentencing of defendants McCLENDON and WILLIAMS is continued to March 20, 2014 at 9:00 a.m. in Courtroom No. 7.

DATED: June 25, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT